IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NICHOLAS KAMBOURAKIS | : | |
| Plaintiffs | : | |
| v. | : | Civil Case No.: JFM-02-cv-2688 |
| WALTON TECHNOLOGY, INC., et al. | : | |
| Defendants | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(ii), all parties, by their undersigned counsel, stipulate to the dismissal, with prejudice, of all claims including, without limitation, claims asserted by Plaintiffs and any third-party claims and cross-claims.

| SALSBURY, CLEMENTS, BEKMAN, MARDER & ADKINS, LLC | FERGUSON, SCHETELICH & BALLEW, P.A. |
|---|---|
| By: /s/<br>Stuart M. Salsbury<br>300 W. Pratt Street, Suite 450<br>Baltimore, MD 21201<br>(410) 539-6633<br>Attorneys for Plaintiffs | By: /s/<br>Robert L. Ferguson, Jr. (#00777)<br>Peter J. Basile (#10405)<br>100 S. Charles Street, Suite 1401<br>Baltimore, MD 21201-2725<br>(410) 837-2200<br>Attorneys for Defendant B.B. Trammell & Co., Inc. |

<table>
<tr><td>

ECCLESTON & WOLF, P.C.


By: _____/s/_____
    Alfred L. Scanlan, Jr., Esquire
    Kenneth W. Cobleigh, Esquire
    7th Floor, Scarlett Place
    729 E. Pratt Street
    Baltimore, Maryland 21202-4460
    (410) 752-7474
    Attorneys for Defendants Containment
    Design, Inc. and Mark Gozion

</td><td>

KING & ATTRIDGE


By: _____/s/_____
    John A. King
    39 W. Montgomery Avenue
    Rockville, MD 20850
    (301) 279-0780
    Attorneys for Defendant Joseph R.
    Salvatore, P.E.

</td></tr>
</table>

WHITEFORD, TAYLOR & PRESTON


By: _____/s/_____
    Philip B. Barnes, Esquire
    210 W. Pennsylvania Avenue
    Towson, Maryland 21204-4515
    (410) 832-2000
    Attorneys for Defendants Walton
    Technologies, Inc., Ron Walton
    and Leland Breyer