IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NICHOLAS KAMBOURAKIS | : | |
| Plaintiffs | : | |
| v. | : | Civil Case No.: JFM-02-cv-2688 |
| WALTON TECHNOLOGY, INC., et al. | : | |
| Defendants | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(ii), all parties, by their undersigned counsel, stipulate to the dismissal, with prejudice, of all claims including, without limitation, claims asserted by Plaintiffs and any third-party claims and cross-claims.

| SALSBURY, CLEMENTS, BEKMAN, MARDER & ADKINS, LLC | FERGUSON, SCHETELICH & BALLEW, P.A. |
|---|---|
| By:  /s/  <br> Stuart M. Salsbury <br> 300 W. Pratt Street, Suite 450 <br> Baltimore, MD 21201 <br> (410) 539-6633 <br> Attorneys for Plaintiffs | By:  /s/  <br> Robert L. Ferguson, Jr. (#00777) <br> Peter J. Basile (#10405) <br> 100 S. Charles Street, Suite 1401 <br> Baltimore, MD 21201-2725 <br> (410) 837-2200 <br> Attorneys for Defendant B.B. Trammell & Co., Inc. |

| | |
|---|---|
| ECCLESTON & WOLF, P.C. | KING & ATTRIDGE |
| | |
| By: _____/s/_____ <br> Alfred L. Scanlan, Jr., Esquire <br> Kenneth W. Cobleigh, Esquire <br> 7th Floor, Scarlett Place <br> 729 E. Pratt Street <br> Baltimore, Maryland 21202-4460 <br> (410) 752-7474 <br> Attorneys for Defendants Containment Design, Inc. and Mark Gozion | By: _____/s/_____ <br> John A. King <br> 39 W. Montgomery Avenue <br> Rockville, MD 20850 <br> (301) 279-0780 <br> Attorneys for Defendant Joseph R. Salvatore, P.E. |

WHITEFORD, TAYLOR & PRESTON

By: _____/s/_____
Philip B. Barnes, Esquire
210 W. Pennsylvania Avenue
Towson, Maryland 21204-4515
(410) 832-2000
Attorneys for Defendants Walton
Technologies, Inc., Ron Walton
and Leland Breyer